IN THE MATTER OF THE FINAL ACCOUNTING OF ALVIN GIBBS, *as Administrator, etc., of* ALVIN A. GIBBS, *Deceased.*

ALVIN GIBBS, *as Administrator, etc., Appellant, v.* NORTHERN INSURANCE COMPANY OF NEW YORK *et al., Respondents.* — Order appealed from affirmed, with ten dollars costs and disbursements.

WILLIAM A. TODD, *as Commissioner, etc., of the Town of Royalton, Appellant, v.* JOSEPH GARBUTT, *as Commissioner, etc., of the Town of Hartland, Respondent.* — Judgment affirmed on authority of *Tifft v. Alley* (3 N. Y. S. C. [T. & C.], 784).

RENEL H. THAYER, *as Assignee, etc., Respondent, v.* SARAH M. PARR, *Appellant.* — Order appealed from reversed, with ten dollars costs and disbursements. Opinion by SMITH, P. J.

GEORGE McMILLEN and others, *Appellants, v.* ALVIRA McMILLEN and others, *Respondents.* — Decree of surrogate reversed and an order granted directing the trial of issues by a jury at a Circuit Court to be held in Erie county. The order herein to be settled by Justice HAIGHT on motion, costs to abide the event. Opinion by HARDIN, J.

WILLIAM OWENS, *Respondent, v.* JOHN C. COSGROVE, *Appellant.* — Order affirmed, with ten dollars costs and disbursements. Opinion by SMITH, P. J.

THOMAS MURPHY, *as Administrator, etc., Respondent, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellant.* — Order of Special Term and taxation reversed and set aside unless the plaintiff consents to reduce the item of interest, by computing interest at six per cent instead of seven, from the time of the death of the plaintiff's intestate to the date of the entry of judgment, and in that case affirmed as so modified, without costs of this appeal. (*Salter v. Black River Railroad Company,* decided in this department in January, 1881, and affirmed in Court of Appeals.)

LIBERTUS VAN BOKKELEN, *Respondent, v.* MYRON H. MILLS, *Appellant.* — Order appealed from affirmed. Opinion by HAIGHT, J.; SMITH, P. J., not sitting.

DOUGLAS BOARDMAN, *as Executor, etc.,* and another, *Plaintiffs, v.* EDWARD EVANS and another, *Defendants.* — New trial ordered, costs to abide event. Opinion by HARDIN, J.; HAIGHT, J., not participating in the decision.

GEORGE WAGONER, *Respondent, v.* WILBUR COMBS and another, *Appellants.* — Order appealed from affirmed. Opinion by HAIGHT, J.; SMITH, P. J., does not participate in the decision.

THE PEOPLE *ex rel.* JACOB SPAHN, *Respondent, v.* FREDERICK TOWNSEND, *Adjutant–General, etc.,* and others, *Appellants.* — Order appealed from affirmed on the opinion delivered by Mr. Justice MACOMBER at Special Term.